UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION LEXINGTON
CIVIL ACTION NO. 5:09-CV-00108

WILLIAM BARNETT                                                                                        PLAINTIFF

V.

THE ALLEN COMPANY,
STERLING ENTERPRISES, INC.,
LEXINGTON QUARRY COMPANY                                              DEFENDANTS

### ORDER OF DISMISSAL

By tendering this order to the Court for entry, the parties, through their undersigned counsel, represent to the Court that they have reached a compromise of the claims asserted in this action, and therefore desire that this action be dismissed with prejudice. Based upon this representation, and the record as a whole, and with the agreement of the parties,

IT IS ORDERED:

1. This action, and all claims which the Plaintiff, William Barnett, did assert or could have asserted in this action, are hereby DISMISSED, with prejudice;

2. All parties shall be responsible for their own costs; and

3. This is a final and appealable order and there is no just reason for delay.

LEXLibrary 0117087.0567362 410821v1

Have Seen and Agreed to Entry:


/s/ Leslie Dean by Keith Moorman
         (w/ permission)
Leslie Dean
3288 Eagle View Lane
One Eagle View Plaza, Suite 300
Lexington, KY 40509
859/296-4575
859/296-4577 (fax)
ldean@lesliedean.com
*Counsel for Plaintiff*


/s/ Keith Moorman
Keith Moorman
Frost Brown Todd LLC
250 W. Main Street, Suite 2800
Lexington, KY  40507
859/231-0000
859/231-0011 (fax)
kmoorman@fbtlaw.com
*Counsel for Defendants*