UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION LEXINGTON
CIVIL ACTION NO. 5:09-CV-00108

Eastern District of Kentucky
**FILED**
NOV 25 2009
AT LEXINGTON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

WILLIAM BARNETT                                                                                      PLAINTIFF

V.

THE ALLEN COMPANY,
STERLING ENTERPRISES, INC.,
LEXINGTON QUARRY COMPANY                                                                  DEFENDANTS

### ORDER OF DISMISSAL

By tendering this order to the Court for entry, the parties, through their undersigned counsel, represent to the Court that they have reached a compromise of the claims asserted in this action, and therefore desire that this action be dismissed with prejudice. Based upon this representation, and the record as a whole, and with the agreement of the parties,

IT IS ORDERED:

1. This action, and all claims which the Plaintiff, William Barnett, did assert or could have asserted in this action, are hereby DISMISSED, with prejudice;

2. All parties shall be responsible for their own costs; and

3. This is a final and appealable order and there is no just reason for delay.

This the 25th day of November, 2009.

Joseph M. Hood
United States District Judge

Have Seen and Agreed to Entry:

/s/ Leslie Dean by Keith Moorman
    (w/ permission)
Leslie Dean
3288 Eagle View Lane
One Eagle View Plaza, Suite 300
Lexington, KY 40509
859/296-4575
859/296-4577 (fax)
ldean@lesliedean.com
*Counsel for Plaintiff*


/s/ Keith Moorman
Keith Moorman
Frost Brown Todd LLC
250 W. Main Street, Suite 2800
Lexington, KY  40507
859/231-0000
859/231-0011 (fax)
kmoorman@fbtlaw.com
*Counsel for Defendants*